# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 19-10624-jps |
| Elgin D. Waller | Chapter 13 |
| Debtor. | Judge Jessica E. Price Smith |

## NOTICE OF APPEARANCE

Now comes Jon J. Lieberman, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on February 12, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Keith L. Borders, Debtor's Counsel
kblaw123@gmail.com

Lauren A. Helbling, Trustee
ch13trustee@ch13cleve.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Elgin D. Waller, Debtor
    15302 Lakeshore Blvd.
    Cleveland, OH 44110

                                          /s/ Jon J. Lieberman
                                          Jon J. Lieberman (0058394)
                                          Attorney for Creditor